E. PAUL CO. v. ATHENS HOTEL CO. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Cross-Appeals from Trial Term, New York County. Action by the E. Paul Company against the Athens Hotel Company to foreclose a mechanics' lien. From the judgment entered on a decision, plaintiff appeals, and defendant takes a cross-appeal. Modified and affirmed. Frederick Hulse, of New York City, for plaintiff. Theall & Beam, of New York City (Alexander Thain, of New York City, of counsel), for defendant.

PER CURIAM. Upon the plaintiff's appeal it appears that two items for extra work duly ordered in writing, properly certified to, and the reasonable value thereof competently proved without contradiction, should have been allowed by the learned trial court: First, for the moving of brick chimney under the special order of September 28, 1910, amounting to $239.25; and the other, reinstalling the one-inch conduit under special order of April 5, 1911, amounting to $18.75—the two items together being $258.03. We find no other errors upon these appeals. The judgment should therefore be modified by the allowance of said sums, with interest from the interest date fixed by the judgment, and, as so modified, affirmed, with costs to the plaintiff. Submit appropriate findings and settle order on notice.

ETTLA v. ENGLE et al. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Ruth R. Ettla against Horace M. Engle and others. No opinion. Motion granted, upon condition that the case is noticed for argument for December 19, 1913. If respondent should refuse to admit service of notice of argument, stay continued until January 9, 1914. Settle order on notice.

ETTLINGER et al., Respondents, v. KRAMER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Elise H. Ettlinger and others against Albert J. Kramer and others. H. W. Unger, of New York City, for appellants. A. S. Bacon, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ETTLINGER v. KRUGER. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Louis Ettlinger against Theodore Kruger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1116.

EVERALL v. HENNING. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Emma G. Everall against James W. Henning. No opinion. Motion denied, with $10 costs. Order filed.

FAIGLE, Respondent, v. BOOKROTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by John Faigle against Henry Bookroth and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 App. Div. 916, 140 N. Y. Supp. 1118.

In re FEDERAL UNION SURETY CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of the Federal Union Surety Company. No opinion. Order directed, as stated in memorandum per curiam. Settle order on notice. See, also, 156 App. Div. 899, 141 N. Y. Supp. 1118.

FEINSOT et al. v. BURSTEIN. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Morris Feinsot and others against Maurice J. Burstein. No opinion. Application granted. Order signed. See, also, 82 Misc. Rep. 429, 143 N. Y. Supp. 1040.

FERGUSON, Appellant, v. R. H. SELLERS CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by John Ferguson against the R. H. Sellers Company. A. Stickney, of New York City, for appellant. L. Squires, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 App. Div. 945, 134 N. Y. Supp. 1132.

FERRY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Julia Ferry against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

FINKELSTEIN v. PUNIE. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Herman Finkelstein against Isadore Punie. No opinion. Application granted. Order signed.

FINLAND, Respondent, v. STRAUSS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by John Finland against Nathan Strauss and others. L. E. Ginn, of New York City, for appellants. M. E. Kelley, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

FIRST NAT. BANK OF DETROIT, MICH., Appellant, v. HOLLINS et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the First National Bank of Detroit, Mich., against Harry B. Hollis and others.

PER CURIAM. Order reversed as to defendant Govin, with $10 costs and disburse-